IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-76 (KMM/TNL) |
| | ) | Date: June 8, 2022 |
| William Charles Saffold (2), | ) | Videoconference |
| | ) | Time Commenced: 1:16 p.m. |
| Defendant. | ) | Time Concluded: 1:30 p.m. |
| | ) | Time in Court: 14 minutes |

APPEARANCES:

Plaintiff: Allen Slaughter, Assistant U.S. Attorney
Defendant: Elizabeth Duel

X CJA       X Counsel to be appointed

Date Charges Filed: April 26, 2022       Offense: conspiracy to use, carry, and brandish firearms during and in relation to a crime of violence; aiding and abetting carjacking; brandishing a firearm during and in relation to a crime of violence; aiding and abetting interference with commerce by robbery

X Advised of Rights

on     X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Wednesday, June 15, 2022 at 2:30 p.m. before U.S. Magistrate Judge John F. Docherty via video conference for:
   X Detention hrg       X Arraignment hrg

X Government moves to unseal the entire case.       X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

_s/nah_
Signature of Courtroom Deputy