UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-76(2) KMM/TNL

United States of America,

        Plaintiff,

v.

William Charles Saffold,

        Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

    The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

    IT IS HEREBY ORDERED that Ryan Garry, Attorney ID 0336129, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: <u>June 8, 2022</u>

<u>s/John F. Docherty</u>
Honorable John F. Docherty
United States Magistrate Judge