**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:            22-cr-76 KMM/TNL |
| | ) | Date:               June 15, 2022 |
| William Charles Saffold (2), | ) | Video Conference |
| | ) | Time Commenced:    2:41 p.m. |
| Defendant, | ) | Time Concluded:     2:53 p.m. |
| | ) | Time in Court:       12 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant:  Ryan Garry,
               X CJA

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:
X Defendant consents to this hearing via video conference

Defendant arraigned, see arraignment minutes and order.

               s/SAE
Signature of Criminal Duty Clerk