UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 22-76 (KMM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **STATEMENT OF FACTS IN** |
| ) | **SUPPORT OF EXCLUSION OF** |
| v. ) | **TIME UNDER SPEEDY TRIAL ACT** |
| ) | |
| WILLIAM CHARLES SAFFOLD (2), ) | |
| ) | |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the defense Motion to Exclude Time Under the Speedy Trial Act:

My attorney has recently received discovery. The total discovery is voluminous, including thousands of pages of discovery as well as audios and videos, and significant time is needed to review this amount of discovery. I understand that my lawyer needs more time to review the discovery, communicate with me, and draft motions to be filed. Accordingly, I wish for there to be a six-week extension of the date to file motions by and a corresponding extension of the motions hearing and trial dates.

The defense requests a continuance of the date to file motions by to and including October 3, 2022. Based on the above facts, I request that the period from now until the motions hearing date be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my lawyer and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: Aug/16/2022

                                                   William Saffold
                                                   Defendant

Dated: **August 17, 2022**

                                                 **s/ Ryan Garry**
                                                 Ryan Garry
                                                 Attorney for Defendant